Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **06−56829−pjs**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
    Homer M. Dockery
    11792 Minden
    Detroit, MI 48205

Social Security No.:
    xxx−xx−3608

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that on **12/13/06** , an order dismissing the above entitled case was entered. Accordingly, the automatic stay is lifted.

Dated: 12/13/06

                      BY THE COURT

                      Katherine B. Gullo , Clerk of Court
                      UNITED STATES BANKRUPTCY COURT